IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| JILL ANN MUSSELMAN | ) | |
| **Debtor(s)** | ) | Case No.: 5:20-03142 (RNO) |
| | ) | |
| AMERICREDIT FINANCIAL SERVICES, INC. | ) | Chapter 13 |
| dba GM FINANCIAL | ) | |
| **Movant** | ) | Docket No. 19 |
| | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| JILL ANN MUSSELMAN | ) | 11 U.S.C. 1301 |
| RALPH L. MUSSELMAN | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| CHARLES J. DEHART, III | ) | |
| **Trustee** | ) | |

## ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code 1301 are vacated to permit the movant to pursue the movant's rights in the personal property described as a **2007 Chevrolet Silverado 1500** bearing vehicle identification number 1GCEK19B27E108546 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:   January 20, 2021

By the Court,

Robert N. Opel, II, Bankruptcy Judge   (PAR)