# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 1/20/2021
Case: 5:20–bk–03142–RNO     Form ID: pdf010     Total: 4

**Recipients of Notice of Electronic Filing:**
tr     Charles J DeHart, III (Trustee)     dehartstaff@pamd13trustee.com
aty     Jerry A. Philpott     PhilpottJ@aol.com
aty     William E. Craig     ecfmail@mortoncraig.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    Ralph L. Musselman     235 S. Yohe St.     Tower City, PA 17980

TOTAL: 1