# PHILPOTT WILSON LLP

Jerry A. Philpott, Esquire
David E. Wilson, Esquire

ATTORNEYS-AT-LAW
227 No. High St., PO Box 116
Duncannon, PA 17020-0116

717 834-3087
FAX 717-834-5437

April 8, 2021

In Re: Jill Ann Musselman

Case NO.: 5:20-bk-03142 HWV

This notice is being sent due to an error with location of the hearing.
The Chapter 13, 1st Amended Plan will stay the same, again just a different location.
We thank you for your time.

Sincerely,

Jerry A. Philpott

Encl.: Notice
Certificate of Service

Rev. 02/22/19

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Jill Ann Musselman

Chapter: 13

Case No.: 5:20-bk-03142 HWV

Debtor(s)

## NOTICE

The confirmation hearing on the 1st Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: 5-5-2021     Time: 9:30Am

Location: Max Rosenn U.S. Courthouse 197 South Main Street, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: 4-28-2021.

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 4-8-2021     Filed by: /s/ Jerry A. Philpott

# UNITED STATE BANKRUPTCY COURT
## Middle District of Pennsylvania

In re: :
Jill Ann Musselman :
      Debtor :
: Case no. 5:20-bk-03142 HWV
:
:
: Chapter 13

## CERTIFICATE OF SERVICE OF 1st AMENDED PLAN

I hereby certify that I have served the debtors' proposed 1st Amended Plan upon the following in the manner indicated on April 5, 2021, if by mail and on April 1, 2021, if by ECF. Unless service by ECF is noted, service was by first class mail.

April 5, 2021                      /s/ Jerry A. Philpott
                                          Jerry A. Philpott, counsel for debtor

ECF:

Charles J. DeHart, III, Ch 13 trustee

United States Trustee

See attached matrix for parties served by mail.

Jill Ann Musselman
235 S. Yoho St.
Tower City, PA 17980-1715

PPL Electric Utilities
2 North 9th Street NFC-GENN1
Allentown, PA 18101-1179

Penn Credit Corporation
916 S. 14th Street
Harrisburg, PA 17104-3425

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Porter-Tower Joint Municipal Author
860 W. Grand Avenue
Tower City, PA 17980-9454

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Ralph I. Musselman
11 Lark Drive
Berwick, PA 18603-5774

Ralph L Musselman
11 Lark Drive
Berwick, PA 18603-5774

Ralph Musselman
11 Lark Dr
Berwick, PA 18603-5774

Schuylkill Auto Finance
312 Centre Ave suite B
Schuylkill Haven, PA 17972

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

TransWorld Sys Inc/33
500 Virginia Dr., Suite 514
Fort Washington, PA 19034-2733

TransWorld Sys Inc/33
PO BOX 15636
Wilmington, DE 19850-5636

TransWorld Sys Inc/51
PO BOX 15273
Wilmington, DE 19850-5273

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

(d)Americredit Financial Services, Inc.
Dba GM Financial
P.O Box 183853
Arlington, TX 76096

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

(d)Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck NJ 07666

(d)Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Direct TV
PO BOX 78626
Phoenix, AZ 85062-8626

| | | |
|---|---|---|
| 1 | Americredit Financial Services, Inc. Dba GM<br>Dba GM Financial<br>P.O Box 183853, TX 76096 | (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Americredit Financial Services, Inc., d/b/a<br>4000 Embarcadero Dr.<br>Arlington, TX 76014-4101 | Amplify Funding -ZenResolve<br>4720 E. Cotton Gin Loop<br>Suite 135<br>Phoenix, AZ 85040-8950 | (p)ATLAS ACQUISITIONS LLC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| BUREAU OF ACCOUNT MGNT<br>3607 ROSEMONT AVE<br>Camp Hill, PA 17011-6904 | Caliber Home Loans<br>P.O. Box 619063<br>Dallas, TX 75261-9063 | Capital One Bank USA NA<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 |
| Colony /Midnight<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Commercial Acceptance<br>2 W. Main Street<br>Camp Hill, PA 17011-6326 | Contract Callers, Inc.<br>501 Green Street 3rd Floor Suite 30<br>Augusta, GA 30901-4415 |
| William E. Craig<br>Horton & Craig LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057-3125 | Credit One Bank<br>6801 S. Cimarron Road<br>Las Vegas, NV 89113-2273 | |
| (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Fay Servicing, LLC<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>420 Lexington Avenue<br>Suite 840<br>New York, NY 10170-0840 | Fay Servicing, LLC<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| First Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>PO Box 5529<br>Sioux Falls, SD 57117-5529 | (p)FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN STREET<br>MIDDLETOWN NY 10940-4918 |
| GMC Financing<br>PO Box 78143<br>Phoenix, AZ 85062-8143 | Genesis FS Card Services<br>P.O. Box 4477<br>Beaverton, OR 97076-4401 | Klavaty<br>86 E Pottsville Street<br>Pine Grove, PA 17963-1504 |
| Judianne T. Hilson<br>201 West Market, Appt 1<br>Williamstown, PA 17098 | Kohl's Payment Center<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank<br>P.O. Box 660702<br>Dallas, TX 75266-0702 | Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |

Frontier Communications
19 John Street
Middletown, NY 10940

Portfolio Recovery
120 Corporate Blvd. STE 100
Norfolk, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Americredit Financial Services, Inc., d/b/
4000 Embarcadero Dr.
Arlington, TX 76014-4101

(u)Eastern Emergency Physicians

(d)Fay Servicing, LLC
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
420 Lexington Avenue
Suite 840
New York, NY 10170-0840

(u)Medexpress Urgent Care

(u)U.S. Bank Trust National Association, not