United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jill Ann Musselman  
  Debtor

Case No. 20-03142-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 02, 2021      Form ID: ordsmiss      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jill Ann Musselman, 235 S. Yohe St., Tower City, PA 17980-1716 |
| cr | | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, TX 76096 |
| 5368945 | + | Amplify Funding -ZenResolve, 4720 E. Cotton Gin Loop, Suite 135, Phoenix, AZ 85040-8850 |
| 5368946 | + | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE, Camp Hill, PA 17011-6904 |
| 5368947 | | Calibor Home Loans, P.O. Box 619063, Dallas, TX 75261-9063 |
| 5368944 | | Colony /Midnight, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5368949 | + | Commercial Acceptance, 2 W. Main Street, Camp Hill, PA 17011-6326 |
| 5400185 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5400186 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840 New York, NY 10170-0840 |
| 5368958 | | GMC Financing, PO Box 78143, Phoenix, AZ 85062-8143 |
| 5368959 | + | Hlavaty, 86 E Pottsville Street, Pine Grove, PA 17963-1504 |
| 5368960 | | Judianne T. Wilson, 201 West Market, Appt 1, Williamstown, PA 17098 |
| 5368967 | | PPL Electric Utilities, 2 North 0th Street RPC-GENN1, Allentown, PA 18101-1175 |
| 5368965 | + | Porter-Tower Joint Municipal Author, 860 W. Grand Avenue, Tower City, PA 17980-9454 |
| 5368968 | + | Ralph I. Musselman, 11 Lark Drive, Berwick, PA 18603-5774 |
| 5368969 | + | Ralph L Musselman, 11 Lark Drive, Berwick, PA 18603-5774 |
| 5368970 | + | Ralph Musselman, 11 Lark Dr, Berwick, PA 18603-5774 |
| 5368971 | | Schuylkill Auto Finance, 312 Centre Avesuite B, Schuylkill Haven, PA 17972 |
| 5400871 | | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |
| 5428677 | | US Bank, NA as Legal Title Trustee for, Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 5428678 | + | US Bank, NA as Legal Title Trustee for, Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 US Bank, NA as Legal Title Trustee for 92619-2708 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5373991 | | EDI: PHINAMERI.COM | Sep 02 2021 22:53:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5377087 | | EDI: ATLASACQU | Sep 02 2021 22:53:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5382244 | + | EDI: PHINAMERI.COM | Sep 02 2021 22:53:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5368948 | + | EDI: CAPITALONE.COM | Sep 02 2021 22:53:00 | Capital One Bank USA NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 5368950 | + | Email/Text: compliance@contractcallers.com | Sep 02 2021 18:49:00 | Contract Callers, Inc., 501 Green Street 3rd Floor Suite 30, Augusta, GA 30901-4415 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5368951 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 02 2021 18:49:49 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 5368952 | | EDI: DIRECTV.COM | Sep 02 2021 22:53:00 | Direct TV, PO BOX 78626, Phoenix, AZ 85062-8626 |
| 5368956 | | Email/Text: bankruptcynotification@ftr.com | Sep 02 2021 18:49:00 | Frontier Communications, 19 John Street, Middletown, NY 10940 |
| 5368954 | | EDI: AMINFOFP.COM | Sep 02 2021 22:53:00 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5368955 | | EDI: AMINFOFP.COM | Sep 02 2021 22:53:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 5368957 | + | EDI: PHINGENESIS | Sep 02 2021 22:53:00 | Genesis FS Card Services, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5368961 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 02 2021 18:49:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 5371268 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2021 18:49:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5373214 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 02 2021 18:49:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5368963 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 02 2021 18:50:01 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 5377140 | + | EDI: CBS7AVE | Sep 02 2021 22:53:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5368966 | | EDI: PRA.COM | Sep 02 2021 22:53:00 | Portfolio Recovery, 120 Corporate Blvd. STE 100, Norfolk, VA 23502 |
| 5379390 | + | EDI: JEFFERSONCAP.COM | Sep 02 2021 22:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5371359 | | EDI: Q3G.COM | Sep 02 2021 22:53:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5368972 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 02 2021 18:49:00 | TransWorld Sys Inc/33, 500 Virginia Dr., Suite 514, Fort Washington, PA 19034-2733 |
| 5368973 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 02 2021 18:49:00 | TransWorld Sys Inc/33, PO BOX 15636, Wilmington, DE 19850-5636 |
| 5368974 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 02 2021 18:49:00 | TransWorld Sys Inc/51, PO BOX 15273, Wilmington, DE 19850-5273 |
| 5381983 | | EDI: AIS.COM | Sep 02 2021 22:53:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5368953 | | Eastern Emergency Physicians |
| 5368962 | | Medexpress Urgent Care |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 5374933 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

| 5382981 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
|---|---|---|
| 5368964 | ##+ | Penn Credit Corporation, 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emmanuel Joseph Argentieri | on behalf of Creditor US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerry A. Philpott | on behalf of Debtor 1 Jill Ann Musselman PhilpottJ@aol.com campbellsk57@aol.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jill Ann Musselman,            Chapter     13

    **Debtor 1**

                 Case No.     5:20−bk−03142−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: September 2, 2021            By the Court,

                                     Honorable Mark J. Conway
                                     United States Bankruptcy Judge
                                     By: CourtneyWojtowicz, Deputy Clerk

ordsmiss (05/18)